IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ELIZABETH ELLSWORTH**                                                                  **PLAINTIFF**

v.                              **CASE NO.: 3:18-CV-194-DPM**

**PUMPKIN HOLLOW, LLC**                                                          **DEFENDANT**

### RESPONSE TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendant, Pumpkin Hollow, LLC, submits the following response to Counsel for Plaintiff's Motion for Leave to Withdraw as Counsel and states:

1. Defendant does not object to the withdrawal of counsel.

2. Defendant respectfully requests that should the Court grant the withdrawal, that all upcoming deadlines in the Final Scheduling Order be reset but asks that the Court not reset those deadlines that have already passed.

Respectfully Submitted,

Cynthia W. Kolb, AB#2000156
ckolb@cgwg.com
Mary E. Buckley, AB#2015215
mbuckley@cgwg.com
**CROSS, GUNTER, WITHERSPOON
  & GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone:  501-371-9999 / Fax:  501-371-0035

**ATTORNEYS FOR DEFENDANT**

245633                                                                 1