IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIZABETH ELLSWORTH                                               PLAINTIFF

v.                             No. 3:18-cv-194-DPM

PUMPKIN HOLLOW LLC                                                DEFENDANT

### ORDER

Unopposed motion, № 14, mostly granted and partly denied. Mr. Schrum is relieved with the Court's thanks and congratulations. But to keep this case on track, Mr. Pecher must remain. The Court notes that Ellsworth is seeking new counsel. Any motion to substitute is due by 29 November 2019. An Amended Final Scheduling Order, resetting the remaining deadlines, will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2019