IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ELIZABETH ELLSWORTH                                                              PLAINTIFF

v.                          Case No. 3:18-cv-00194-LPR

PUMPKIN HOLLOW LLC                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on February 24th, 2020, it is considered, ordered and adjudged that this case is dismissed without prejudice.

IT IS SO ADJUDGED this 24th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE